*Robert E. Whalen, Charles E. Nichols* and *Sherman A. Murphy, Jr.* for appellant.

*Nathaniel L. Goldstein,* Attorney-General (*Roy Weidersum* of counsel), for Workmen's Compensation Board, respondent.

*John M. Cullen* for Special Fund for Reopened Cases, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. FULD, J., dissents on the ground that the voluntary and gratuitous payment of drug or medical bills is not " payment * * * of compensation previously awarded " within the meaning of section 25-a of the Workmen's Compensation Law. Taking no part: DYE, J.

In the Matter of the Probate of the Will of BERTHA L. HAMILTON, Deceased.

ROBERT LAMBERTON et al., Appellants; THOMAS P. HEFFERNAN, as Executor of BERTHA L. HAMILTON, Deceased, et al., Respondents.

Argued June 10, 1946; decided July 23, 1946.

*Clarence G. Pickard, Michael D. Lombardo* and *Robert M. Dale* for appellants.

*J. Russell Rogerson* for respondent.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Wendell P. Brown* of counsel), in his statutory capacity under section 12 of Personal Property Law and section 113 of Real Property Law.

Order affirmed, with costs, payable out of the fund to all parties appearing separately and filing briefs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

LUTHER EASLEY, Respondent et al., Plaintiffs, *v.* EDGORD REALTY CORPORATION, Appellant.

Argued June 10, 1946; decided July 23, 1946.